IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01701-BNB

ROGER SCOTT BLACKBURN,

    Applicant,

v.

PROWER'S CO. COLO. DIST. COURT, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 28 2007

GREGORY C. LANGHAM
                    CLERK

---

ORDER DIRECTING APPLICANT TO FILE AMENDED APPLICATION

---

Applicant, Roger Scott Blackburn, is a prisoner in the custody of the Colorado Department of Corrections at the Arkansas Valley Correctional Facility at Crowley, Colorado. Mr. Blackburn has filed *pro se* an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Mr. Blackburn also has filed a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action, a "Motion to Amend Writ of Habeas Corpus," and a "Motion for Addendum." The *in forma pauperis* motion will be granted and the other motions will be addressed below.

The court must construe the application and other papers filed by Mr. Blackburn liberally because he is representing himself. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the court should not be the *pro se* litigant's advocate. *See Hall*, 935 F.2d at 1110. For the reasons stated below, Mr. Blackburn will be ordered to file an amended application.

The court has reviewed the habeas corpus application and finds that the application is deficient because the claims Mr. Blackburn intends to assert are not clear. It appears that Mr. Blackburn is asserting a claim that the attorney appointed to represent him in his criminal case had a conflict of interest. It is not clear whether he intends to assert some other claim or claims. Furthermore, Mr. Blackburn refers to two prior cases filed in this court in 2005 and he apparently wants the court to incorporate pleadings filed in those cases in support of the claims he is asserting in this action. The court will not do so because the prior cases to which Mr. Blackburn refers are closed. Mr. Blackburn must include all of his claims and supporting allegations in the amended application he will be directed to file in this action.

Therefore, Mr. Blackburn will be ordered to file an amended application that clarifies the claims he is asserting in this action. Mr. Blackburn is reminded that Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts requires that he go beyond notice pleading. **See Blackledge v. Allison**, 431 U.S. 63, 75 n.7 (1977). He must allege specific facts to support each asserted claim. Naked allegations of constitutional violations are not cognizable under 28 U.S.C. § 2254. **See Ruark v. Gunter**, 958 F.2d 318, 319 (10th Cir. 1992) (per curiam).

Finally, the "Motion to Amend Writ of Habeas Corpus" and the "Motion for Addendum" will be denied. The "Motion to Amend Writ of Habeas Corpus" will be denied as moot because Mr. Blackburn merely restates his claim that his attorney had a conflict of interest. The "Motion to Amend Writ of Habeas Corpus" does not add any new claims or additional allegations. The "Motion for Addendum" will be denied

because it is not clear what claim or claims Mr. Blackburn is attempting to raise in that motion. Mr. Blackburn is advised that he should raise in his amended application all of the claims he wishes to pursue in this action for which he had exhausted state court remedies. Accordingly, it is

ORDERED that the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action filed on September 24, 2007, is granted. It is

FURTHER ORDERED that Mr. Blackburn file **within thirty (30) days from the date of this order** an amended habeas corpus application that complies with this order. It is

FURTHER ORDERED that the clerk of the court mail to Mr. Blackburn, together with a copy of this order, two copies of the following form: Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. It is

FURTHER ORDERED that, if Mr. Blackburn fails within the time allowed to file an amended application as directed, the application will be denied and the action will be dismissed without further notice. It is

FURTHER ORDERED that the "Motion to Amend Writ of Habeas Corpus" filed on September 7, 2007, and the "Motion for Addendum" filed on September 25, 2007, are denied.

DATED September 28, 2007, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01701-BNB

Roger Scott Blackburn
Prisoner No. A0246622 - 127949
El Paso County Detention Facility
2739 E. Las Vegas
Colorado Springs, CO 80906

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254** to the above-named individuals on 9/28/7

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk